Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 6:07-mj-00267 WMW |
| Plaintiff, | ) | MOTION FOR DISMISSAL; AND PROPOSED ORDER THEREON |
| v. | ) | |
| VERONICA LEE, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice of Count One, charging the defendant with a violation of 36 Code of Federal Regulations section 4.23(a)(1), to wit:  Driving while under the influence of alcohol or drugs. The government moves to dismiss the count one in the interest of justice.  The remaining two charges and an additional charge will be consolidated in a superseding complaint.

Respectfully submitted.

Dated: April 16, 2008

    /s/ Eliabeth Waldow
Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE

1

## ORDER

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
The Honorable William M. Wunderlich
U.S. Magistrate Judge
Eastern District of California

IT IS SO ORDERED.

**Dated:   April 21, 2008**        /s/  **William M. Wunderlich**
_____
UNITED STATES MAGISTRATE JUDGE